## Commonwealth *v.* Mathies, Appellant.

Submitted June 14, 1971. *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *James T. Owens* and *Milton M. Stein*, Assistant District Attor-

neys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.